■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL FAISON, Appellant. [682 NYS2d 904] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Dunlop, J.), rendered September 9, 1996, convicting him of robbery in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's claim that he was denied a fair trial due to prosecutorial misconduct is unpreserved for appellate review (*see,* CPL 470.05 [2]; *People v Brisbane,* 244 AD2d 498). In any

event, the allegedly improper summation remarks were either a fair statement of the facts in evidence or a fair response to defense counsel's summation remarks (*see, People v Ashwal,* 39 NY2d 105).

The defendant's remaining contentions, including those raised in his supplemental *pro se* brief, are without merit. Mangano, P. J., O'Brien, Krausman and Goldstein, JJ., concur.